☐ AMENDED

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF TENNESSEE

In re:  (1) Darryl Antwoinne James                             Case No. 19-30036

(2)

Debtor(s).                                                                  Chapter 13

CHAPTER 13 PLAN

ADDRESS:        (1) 2072 N. Cabana Circle Apt. 7, Memphis, TN 38107  (2)

PLAN PAYMENT:

DEBTOR (1) shall pay ____75.00_____ ☒ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly
☐ PAYROLL DEDUCTION from:
OR ☒ DIRECT PAY.

DEBTOR (2) shall pay _____ ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly
☐ PAYROLL DEDUCTION from:
OR ☒ DIRECT PAY.

1. THIS PLAN [Rule 3015.1 Notice]:

   (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]          ☐ Yes    ☒ No

   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]          ☐ Yes    ☒ No

   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].          ☐ Yes    ☒ No

2. ADMINISTRATIVE EXPENSES:  Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.
3. AUTO INSURANCE: ☐ Included in Plan; OR ☒ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.
4. DOMESTIC SUPPORT:
Paid by: ☐ Debtor(s) directly, ☐ Wage Assignment, OR ☐ Trustee to:

**Monthly Payment**

-NONE-

5. PRIORITY CLAIMS:

-NONE-

6. HOME MORTGAGE CLAIMS:
Paid by: ☐ Paid directly by debtor(s); OR ☐ Paid by Trustee to:

**Monthly Payment**

-NONE-

7. SECURED CLAIMS:

[Retain lien 11 U.S.C. §1325 (a)(5)]        Value of Collateral        Rate of Interest        Monthly Plan Payment:

-NONE-

8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:

[Retain lien 11 U.S.C. §1325 (a)]        Value of Collateral        Rate of Interest        Monthly Plan Payment:

-NONE-

9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:

-NONE-

10. SPECIAL CLASS UNSECURED CLAIMS:

   Amount        Rate of Interest        Monthly Plan Payment:

11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:

-NONE-

12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):

13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.

14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $31,950.50.

15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:
   ☐ OR,
   ☒ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:

Progressive Leasing                              ☒ Assumes OR                              ☐ Rejects

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately 60 months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISIONS(S):** _____.
ANY NON-STANDARD PROVISIONS STATED ELSEWHERE IS VOID.

20. **CERTIFICATION:** THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.

/s/ John Dunlap
Attorney                                         DATE: 12/23/2019

Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature